**Opinion issued August 13, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NOS. 01-24-00579-CR**
**01-24-00580-CR**
**01-24-00581-CR**
**01-24-00582-CR**
**01-24-00583-CR**

———————————

**IN RE JESSER SANDOVAL, RELATOR**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Jesser Sandoval, has filed these petitions for writ of mandamus complaining that the trial court should appoint him a new defense attorney.[1]

---

[1] The underlying cases are *The State of Texas v. Jesser Sandoval*, cause numbers 1696530, 1696531, 1696532, 1741419, and 1825559, pending in the 232nd District Court of Harris County, Texas, the Honorable Josh Hill, presiding.

We **deny** the petitions for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Kelly, Landau, and Rivas-Molloy.

Do not publish. TEX. R. APP. P. 47.2(b).